UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | ) | BANKRUPTCY CASE NO.: 16-52373 |
|---|---|---|
| CHRISTOPHER R. BOYD | ) | CHAPTER 13 PROCEEDING |
| | ) | JUDGE ALAN M. KOSCHIK |
| DEBTOR | ) | **AFFIDAVIT** |

I, Christopher R. Boyd, states as follows:

I am current with my mortgage payments on my real property and will continue to pay the loan outside of my Chapter 13 Plan. The mortgage is held by Third Federal Savings & Loan. I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated this 28 day of October, 2016

_/s/ Christopher R. Boyd_
Christopher R. Boyd

Respectfully Submitted,

/s/ Jamie M. Nagle
Jamie M. Nagle (0075205)
Attorney for Debtor
3200 W. Market Street, Suite 106
Akron, OH 44333
Phone: (330) 436-5210
Fax: (330) 436-5230
jnagle@amourgis.com